# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130019(52)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EUGENE EDWARD ABRAMCZYK,
      Defendant-Appellant.

SC: 130019
COA: 253449
Kalkaska CC: 03-002323-FH

_____/

     On order of the Court, the motion for reconsideration of this Court's order of June 26, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. See *People v Doby*, 474 Mich 955 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

                                      Clerk

d0821